**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**IN RE:**

**KENNETH ALAN PERKINS &**
**JANIS BERNIECE PERKINS**
**DEBTOR(S)**

**CASE NO.: 17-80222**
**CHAPTER 13**

**May 12, 2017**
**1st PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN**

**1.** ***Debtor(s) have paid in $2710.46 through month 1, April, 2017. Debtor(s) propose to pay by PAYROLL DEDUCTION through debtor's employer, RD LABOR to the Chapter 13 Trustee, monthly plan payments of $1,790.00 per month beginning month 2, May, 2017, and continuing through-out the remainder of this 60 month plan.*** First plan payment is due on **4/5/2017.** The Debtor submits all future income to the supervision and control of the Trustee for the execution of this Plan.

**2.** **Claims to be paid *DIRECT* by the Debtor or *Other Party*:** None.

**3.** **Claims to be surrendered:**

**AMERICAN HONDA FINANCE** is secured with **ATV: 2015 HONDA RUBICON** with a claim of **$8,968.24** owed on this debt. Debtor is **SURRENDERING/ABANDONING** their interest in the collateral. The surrender is in partial satisfaction of debt and debtor reserves unto this creditor the right to file an unsecured claim after the appropriate disposition of said collateral.

**AMERICAN HONDA FINANCE** is secured with **DIRT BIKE: 2009 HONDA CRF** with a claim of **$2,356.00** owed on this debt. Debtor is **SURRENDERING/ABANDONING** their interest in the collateral. The surrender is in partial satisfaction of debt and debtor reserves unto this creditor the right to file an unsecured claim after the appropriate disposition of said collateral.

**CAVALRY SPV I, LLC** is secured with **ATV: 2014 YAMAHA YZF 450R** with a claim of **$8,260.93** owed on this debt. Debtor is **SURRENDERING/ABANDONING** their interest in the collateral. The surrender is in partial satisfaction of debt and debtor reserves unto this creditor the right to file an unsecured claim after the appropriate disposition of said collateral.

**SHEFFIELD FINANCIAL** is secured with **LAWN MOWER** with a claim of **$10,453.82** owed on this debt. Debtor is **SURRENDERING/ABANDONING** their interest in the collateral. The surrender is in partial satisfaction of debt and debtor reserves unto this creditor the right to file an unsecured claim after the appropriate disposition of said collateral.

***SHEFFIELD FINANCIAL is secured with LAWN BAGGER with a claim of $3,186.71.00 owed on this debt. Debtor is SURRENDERING/ABANDONING their interest in the collateral. The surrender is in partial satisfaction of debt and debtor reserves unto this creditor the right to file an unsecured claim after the appropriate disposition of said collateral.***

**4.** **Claims to be paid through the plan by Trustee:**

**Administrative Claims and/or Adequate Protection Payments:**
a. **CHAPTER 13 TRUSTEE** shall receive approximately 10% of the plan payments.

b. ***DAVID J. KLANN has a "no-look" attorney fee balance of $3,000.00 in connection with the filing of the Bankruptcy Petition to be paid in full by the Chapter 13 Trustee as soon as funds are available. Additionally, debtor's counsel shall receive an additional***

***"no-look" fee of $600.00 to be paid in the last six months of the plan in accordance with 3(B) of the standing order regarding "no-look" fees for cases filed on/after Feb. 1, 2017.***

c. **ADEQUATE PROTECTION CLAIMS** to be paid by Chapter 13 Trustee: See Paragraph 5.

**5. Secured Claims to be paid by the Trustee:**

Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below:

**TOWER LOAN** is secured with **HOUSEHOLD GOODS AND FURNISHINGS**. Creditor shall have a non-PMSI secured claim in the amount of its value **$2,500.00 @ 5.25**% interest per annum. As **Adequate Protection**, the Trustee will pay **$20.00** per month concurrently with Administrative Fees.

**BEAUREGARD FSB** is secured with a **MORTGAGE ON DEBTORS HOME: 3007 LILIEDHAL ROAD, DERIDDER, LA.** Creditor shall have a long-term secured claim in the amount of **$111,525.00 @ 6.50%** interest per annum. Trustee will pay the Debtor's home mortgage of **$1,002.00** per month. This is a long-term debt and will survive the plan. Thereafter, debtor will resume making mortgage payments directly to creditor. **Pre-Petition ARREARAGE** in the sum of ***$6,646.13 for December, 2016, through March, 2017,*** will be liquidated through the Plan. This plan envisions there to be fluctuations of house payments due to changing escrow payments. **BEAUREGARD FSB** shall send notice of any changes in payments to the Trustee and the debtor and debtor shall file an amended plan.

**BEAUREGARD FSB** is secured with **AUTOMOBILE: 2003 FORD EXCURSION**. Creditor shall have a secured claim in the amount of **$6,612.00 @ 5.25**% interest per annum. As **Adequate Protection**, the Trustee will pay **$100.00** per month concurrently with Administrative Fees.

**BEAUREGARD FSB** is secured with **AUTOMOBILE: 2006 DODGE RAM**. Creditor shall have a secured claim in the amount of **$11,629.00 @ 5.25**% interest per annum. As **Adequate Protection**, the Trustee will pay **$100.00** per month concurrently with Administrative Fees.

**6. Unsecured Priority or Special Class Claims (not including Attorney/Trustee fees):**

After secured claims are paid in full, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

**LA DEPT OF REVENUE & TAX BKR DEPT.*** is a **TAX DEBT** of the Debtor of which the amount of the claim is ***$23.00*** **@ 0.00%** interest per annum. The Trustee will pay as a **PRIORITY CLAIM** ***$23.00*** during the plan. The Trustee shall pay this debt in full over the life of the plan.

**7. General Unsecured Claims:**

Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedule D and E as undersecured; or (3) any general unsecured claim filed before the bar date with no objection filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims. **See Schedule F of the Petition for a list of unsecured creditors.**

**8. Executory Contracts:**

**AT&T** - REJECTED

**9. Other Provisions:**

a. Title to Debtor(s) property will revest at confirmation.
b. Insurance to protect those creditors having secured claims will be provided;
c. Pursuant to 11 USC 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.
d. The Confirmation Order shall constitute a judgment avoiding any lien, whether by security or trust deed, mortgage, security agreement, judgment, operation of statue, or otherwise ("lien") to the extent that the lien does not attach to the value in debtor(s) property, as such value is set forth therein or determined by court, prior liens provided for in

this plan and shall also avoid any lien to the extent the claim underlying such lien is not an allowed claim. Plan Confirmation shall void all judgments filed against the debtor(s) & that the holders of said judgments must execute releases of their judgments, which releases be prepared and submitted at the debtors' expense.

***ALL CHANGES ARE IN BOLD, ITALICS AND UNDERLINED. THIS PLAN SUPERCEDES ANY EXISTING PLAN/S. DEBTOR FILED AMENDED SCHEDULES B (surrendered Sheffield Financial Bagger),, C, D (surrendered Sheffield Financial Bagger, increased Beauregard Federal Savings Bank pre petition mortgage arrears, reduced pursuant to POC), E (added LDR pursuant to POC), J (adjusted budget), SUMMARY OF SCHEDULES & DECLARATION OF SCHEDULES. Monthly plan payments of $1,790.00 per month beginning month 2, May, 2017, and continuing through-out the remainder of this 60 month plan.***

**1st Pre-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN SUMMARY NOTICE DATE**: **May 12, 2017**

**Respectfully Submitted:**

**/s/David J. Klann**
**DAVID J. KLANN ~ LA BAR #23162**
**Attorney, 607 S. 5TH Street, Leesville, LA 71446**
**Telephone: 337-238-1111 Fax: 337-238-2638**
**e-mail: klannatty@lannatty.com**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**IN RE:**

| | |
|---|---|
| **KENNETH ALAN PERKINS &** | **CASE NO.: 17-80222** |
| **JANIS BERNIECE PERKINS** | **CHAPTER 13** |
| **DEBTOR(S)** | |

## CERTIFICATE OF SERVICE ON
## 1st PRE-CONFIRMATION MODIFICATION FILED May 12, 2017

I hereby certify that the foregoing **"1st Pre-Confirmation Modification of Chapter 13 Plan Filed May 12, 2017,** in this proceeding has been served on all interested an affected persons and entities by mailing a copy to each of them as listed and identified below, by United States mail, postage prepaid, at Leesville, Louisiana, on this **May 12, 2017**.

**Jon C. Thornburg**
**Chapter 13 Trustee**
**PO Box 1991**
**Alexandria, LA 71309**

**U. S. Trustee**
**Via electronic means**

| | | |
|---|---|---|
| Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144 | American Honda Finance<br>PO Box 168088<br>Irving, TX 75016 | American Honda Finance<br>PO Box 168088<br>Irving, TX 75016 |
| AT&T (BKR)<br>1355 W. University Drive<br>Mesa, AZ 85201-5400 | AT&T Mobility<br>P.O. Box 536216<br>Atlanta, GA 30353-6216 | AT&T Mobility II LLC<br>% AT&T Services<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 |
| BB&T<br>Attn: Bankruptcy Department<br>6010 Golding Center Dr.<br>Winston Salem, NC 27013 | Beauregard Federal Svg<br>P O Box 70<br>Deridder, LA 70634 | Beauregard Federal Svg<br>P O Box 70<br>Deridder, LA 70634 |
| Beauregard Federal Svg<br>P O Box 70<br>Deridder, LA 70634 | Beauregard Federal Svg<br>P O Box 70<br>Deridder, LA 70634 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 |
| Cavalry SPV I, LLC<br>c/o Bass & Associates, PC<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Comenity Bank/burkesol<br>PO Box 182125<br>Columbus, OH 43218 | David J. Klann, Attorney<br>607 S. 5th Street<br>Leesville, LA 71446 |
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054 | Fingerhut<br>6250 Ridgewood Rd<br>St Cloud, MN 56303 | First Franklin<br>P.O. Box 1625<br>DeRidder, LA 70634-1625 |

Louisiana Dept of Revenue ***
P.O. Box 66658
Baton Rouge, LA 70896

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

National Debt Relief
11 Broadway
New York, NY 10004

National Loan Company
716 N Pine St Ste A
Deridder, LA 70634

Portfolio Recovery Associates, L
PO Box 41067
Norfolk, VA 23541

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

Sheffield Financial Co
Po Box 1847
Wilson, NC 27894-1847

Sheffield Financial Co
Po Box 1847
Wilson, NC 27894-1847

Synchrony Bank/ JC Penneys
PO Box 965064
Orlando, FL 32896

Synchrony Bank/Lowes
PO Box 965064
Orlando, FL 32896

Synchrony Bank/Lowes
PO Box 965064
Orlando, FL 32896

Synchrony Bank/Walmart
PO Box 965064
Orlando, FL 32896

Synchrony Bank/Walmart
PO Box 965064
Orlando, FL 32896

Td Rcs/yard Card 911
1000 Macarthur Blvd
Mahwah, NJ 07430

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Tower Loan
PO Box 320001
Flowood, MS 39232

Trac/cbsd
PO Box 6500
Sioux Falls, SD 57117

Yamaha/gemb
GEMB/Attn: Bankruptcy Department
PO Box 103106
Roswell, GA 30076

/s/DAVID J. KLANN
David J. Klann